**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELIZABETH H. COOMES | ) | Case No. 17-13497-BFK |
| | ) | |
| | ) | Chapter 7 |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Fisher-Sandler, LLC, as counsel for Debtor Elizabeth H. Coomes, and in support of their *Motion to Withdraw as Counsel*, states the following:

1)    Mrs. Coomes bankruptcy case has been dismissed with prejudice by this Honorable Court (docket entry 98).

2)    Mrs. Coomes is contemplating the appeal of this decision to the U.S. District Court. Fisher-Sandler, LLC was hired to represent her in her chapter 13 bankruptcy case, but not retained for appellate matters.

3)    Mrs. Coomes has signed the order to allow Fisher-Sandler, LLC to withdraw from this case.


WHEREFORE, Fisher-Sandler, LLC requests permission to withdraw as counsel of record for the Elizabeth H. Coomes.


Respectfully Submitted,

Michael J. O. Sandler

1

FISHER-SANDLER, LLC


/s/ Michael J. O. Sandler
Michael J. O. Sandler, VSB #46443
12801 Darby Brooke Court, Suite 201
Woodbridge, Virginia 22192
(703) 967-3315
Counsel for Elizabeth H. Coomes


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent by first-class mail on the 16th day of July, 2018, to the following:

Elizabeth H. Coomes
210 Cornwall Street, NW
Leesburg, VA 20176

Thomas P. Gorman, Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314

/s/ Michael J. O. Sandler
Michael J. O. Sandler