# Thomas Gorman

| | |
|---|---|
| **From:** | Elizabeth Haring <lizharing@yahoo.com> |
| **Sent:** | Thursday, September 27, 2018 11:02 AM |
| **To:** | Nathan Fisher; Nathan Fisher |
| **Cc:** | tgorman@chapter13alexva.com; Guzinski Joseph (USTP); mmichel@chapter13alexva.com |
| **Subject:** | Nathan Fisher Notice of Deposition |
| **Attachments:** | Bankruptcy Nathan Fisher Notice of Deposition.pdf |

Dear Mr. Fisher,

I hope you are doing well. Unfortunately it is necessary for me to take your deposition on October 1, 2018 at 1 pm at the offices of Rudiger & Green in Fairfax in connection with my motion to reconsider the dismissal of my case. Please find attached the notice of deposition, which includes the documents I am asking to be produced at the deposition.

Sincerely,
Liz Haring Coomes

# In the
# United States Bankruptcy Court
# For the Eastern District of Virginia
# Alexandria Division

In re: Elizabeth H. Coomes,      :      Case No: 17-13497-BFK
        Debtor      :      Chapter 13
               :

## NOTICE OF DEPOSITION

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure, the Debtor will take the deposition of Nathan Fisher, Esq.

The deposition will commence October 1, 2018, beginning at 1:00 p.m. (EST) at the offices of Rudiger & Green located at:

Rudiger & Green
4116 Leonard Drive
Fairfax, VA 22030

or on such other date and at such other location as mutually agreed by Nathan Fisher, Esq. and the Debtor. The deposition will continue from day to day thereafter until complete. The deposition will proceed before an officer authorized by law to administer oaths and will be recorded by audio, video and/or stenographic means.

Pursuant to Rule 34, the Debtor requires the deponent to produce the following documents at the deposition:

Copies of all of deponent's correspondence, Michael Sandler's correspondence, and Fisher-Sandler LLC's correspondence with the standing Chapter 13 Trustee in this case, including but not limited to, correspondence regarding Debtor's medical condition(s), Debtor's unavailability for the hearing scheduled for on or about April 11, 2018, delays in the case, and Debtor's response to discovery propounded by the standing Chapter 13 Trustee.

ELIZABETH H. COOMES
Debtor

Dated: September 27, 2018
Villanova, PA

*/s/ Elizabeth H. Coomes*