**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ELIZABETH H. COOMES, | ) | Case No. 17-13497-BFK |
| | ) | Chapter 13 |
| Debtor. | ) | |

**ORDER SETTING HEARING**

This matter is before the Court on the Trustee's Objection to Discovery and to Quash Notices of Deposition. Docket No. 154. The Objection represents that the *pro se* Debtor has submitted notices of deposition and requests for production of documents to the Trustee and other parties regarding her bankruptcy case. It is, therefore,

**ORDERED**:

1. The Trustee's Objection to Discovery and to Quash Notices of Deposition (Docket No. 154) will be set for a hearing on **Thursday, October 18, 2018 at 1:30 p.m.**.

2. All notices of deposition and requests for production of documents shall be stayed until further order of this Court.

3. The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: Sep 28 2018

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: September 28, 2018

Copies to:

Elizabeth H. Coomes
7406 Carmine Street
Annandale, VA 22003
*Pro Se Debtor*

Marcelo R. Michel, Esquire
300 N. Washington Street, Suite 400
Alexandria, VA 22314
*Counsel for Chapter 13 Trustee*

1

The Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314