**Notice Recipients**

District/Off: 0422–1   User: douglasse   Date Created: 10/5/2018
Case: 17–13497–BFK   Form ID: igmoti16   Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Ioannis Laskaris    ioannis.laskaris@maryland.gov

TOTAL: 1